AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Larry Berke | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:12-cv-1347-ESH |
| Federal Bureau of Prisons | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Larry Berke.

Date: 08/16/2012

/s/Ivy Finkenstadt
*Attorney's signature*

Ivy Finkenstadt 488147
*Printed name and bar number*
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, NW Suite 400
Washington, DC 20036
*Address*

ivy_finkenstadt@washlaw.org
*E-mail address*

(202) 319-1000
*Telephone number*

(202) 319-1010
*FAX number*