UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY BERKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 1:12-cv-1347 (ESH) |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF COMPLIANCE**

Defendants hereby give notice that on May 25, 2013, in accordance with the Court's order of September 27, 2012, Plaintiff was provided with a written determination with respect to his request for a video phone.

Respectfully submitted,

RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:     /s/_____
JAVIER M. GUZMAN
D.C. BAR #462679
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-1761
Fax: (202) 514-8780
E-mail: Javier.Guzman2@usdoj.gov